I. DONALD WEISSMAN (Bar No. 67980)
**WASSERMAN, COMDEN & CASSELMAN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 • (323) 872-0995
Facsimile:  (818) 345-0162

Attorneys for Plaintiffs LEO MANSU; LISA FIDELDY; JERRY HARPER; DENEILLE HONODEL-HARPER; BARBARA ROSE and RICHARD SIEGFRIED, D.C.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LEO MANSU, an individual; LISA FIDELDY, an individual; JERRY HARPER, an individual; DENEILLE HONODEL-HARPER, an individual; BARBARA ROSE, an individual and RICHARD SIEGFRIED, D.C., an individual, ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM J. KENNEDY aka BILL KENNEDY, individually and d/b/a AMERICAN LEGAL SERVICES, d/b/a THE EAR OF MALCHUS, d/b/a THE LOST SHEEP, THE EAR OF MALCHUS, a Washington corporation; THE LOST SHEEP, a Washington Corporation; LYLE E. DAVIES, individually and d/b/a FINANCIAL WELLBEING SOLUTIONS; KENNETH L. REISWIG aka KENNY L. REISWIG, individually and d/b/a THE SILVER TRUMPETS; EFFIE REISWIG, individually and d/b/a THE SILVER TRUMPETS; THE SILVER TRUMPETS, a Washington corporation; RITA I. JOHNSON aka RITA A. | CASE NO. 2:08-cv-02012-WBS-DAD<br><br>Assigned to the Honorable William B. Shubb<br><br>**ORDER FOR TELEPHONIC APPEARANCE**<br><br>[Removal Filed:  August 26, 2008]<br><br>Trial Date:　　　None |

876476.1

[PROPOSED] ORDER FOR TELEPHONIC APPEARANCE

| | |
|---|---|
| 1 | JOHNSON, individually and d/b/a HER COPYRIGHT; |
| 2 | JUDITH RODERICK, an individual; DANNY V. SESE, individually and |
| 3 | d/b/a GENTRY GROUP; GENTRY GROUP, a Texas Corporation; |
| 4 | JEROME WEBB, an individual; KURT F. JOHNSON, an individual; |
| 5 | D. SCOTT HEINEMAN aka DALE SCOTT HEINEMAN, an individual; |
| 6 | TONY SCARLOTTA, aka TONI SCARLOTTA, an individual; |
| 7 | NEW CENTURY MORTGAGE CORPORATION, an unknown business |
| 8 | entity; COURTESY AUTOMOTIVE |
| 9 | CENTER, an unknown business entity; COURTESY CHEVROLET |
| 10 | CADILLAC SUZUKI, an unknown business entity; |
| 11 | JOHN GROUP, BEN WELLS aka BENJAMIN WELLS, an individual; |
| 12 | JEFF AULT aka JEFFREY AULT, an individual; |
| 13 | VICK SINGH, an individual; INTERNATIONAL ASSOCIATION |
| 14 | OF CORPORATION SOLE, an unknown entity; |
| 15 | PETER KIM, individually and d/b/a SKM DEBT SERVICES; |
| 16 | SUSAN W. KIM, individually and d/b/a SKM DEBT SERVICES; |
| 17 | RICHARD LALONDE aka RICK LALONDE; |
| 18 | JERRY COOK aka JEROME COOK; INDYMAC BANK, a California |
| 19 | Corporation; DARRYL LEBARTHE, an individual; |
| 20 | WB FINANCIAL, a California Corporation; |
| 21 | JEROME WEBB, an individual; NICHOLE KLAUSNER, an individual; |
| 22 | FINANCIAL TITLE COMPANY, a California Corporation and DOES 1- |
| 23 | 100, inclusive, |
| 24 | Defendant. |
| 25 | |
| 26 | TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD: |
| 27 | |
| 28 | |

WASSERMAN, COMDEN & CASSELMAN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

UPON CONSIDERATION of the request by PLAINTIFFS that its representatives be allowed to participate in the Motion to Remand to State Court scheduled for November 10, 2008 by telephone, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the request of PLAINTIFFS is granted.

DATED:  October 24, 2008

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATION OF SERVICE**

I hereby certify that on October 20, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                      Respectfully Submitted,

                                      s/I.DONALD WEISSMAN
                                      I.DONALD WEISSMAN