Gregory J. Goodwin (Cal. SBN 111557)
LAW OFFICES OF GREGORY J. GOODWIN
P.O. Box 1753
Modesto, California 95353
Telephone: (209) 527-7650
Facsimile: (209) 527-7872

John T. Williams (*admitted pro hac vice*)
Jason H. Nash (*admitted pro hac vice*)
HINKHOUSE WILLIAMS WALSH LLP
180 N. Stetson Ave., Suite 3400
Chicago, Illinois 60606
Telephone: (312) 784-5400
Facsimile: (312) 784-5499

Attorneys for Defendant
COURTESY OLDSMOBILE-CADILLAC, INC.
d/b/a COURTESY AUTOMOTIVE CENTER d/b/a
COURTESY CHEVROLET CADILLAC
(erroneously sued as COURTESY AUTOMOTIVE
CENTER and COURTESTY CHEVROLET
CADILLAC SUZUKI)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO MANSU, et al., | Case No. 2:08-cv-02012-WBS-DAD |
| Plaintiffs, | **ORDER ON DEFENDANT COURTESY OLDSMOBILE-CADILLAC, INC.'S REQUEST FOR TELEPHONIC APPEARANCE** |
| v. | |
| WILLIAM J. KENNEDY, et al., | |
| Defendants. | Removal Filed: August 26, 2008<br>Trial Date:     None set |

Upon the Request of Defendant COURTESY OLDSMOBILE-CADILLAC, INC. d/b/a COURTESY AUTOMOTIVE CENTER d/b/a COURTESY CHEVROLET CADILLAC ("Courtesy"), that its representatives be allowed to participate in the Motion to Remand to State Court, scheduled for November 10, 2008, by telephone, the Court being fully advised and good cause having been shown:

IT IS HEREBY ORDERED that Courtesy's request is GRANTED.

Date:   October 29, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER on Defendant Courtesy Oldsmobile-Cadillac, Inc.'s Request for Telephonic Appearance

Mansu, et al. v. Kennedy, et al.
Case No. 2:08-cv-02012-WBS-DAD