Michael H. Bierman, State Bar No. 89156
Michelle K. Sugihara, State Bar No. 217444
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone No.: 213.892.4992
Fax No.: 213.892.7731
email:  mbierman@luce.com
        msugihara@luce.com

Attorneys for Defendant Federal Deposit Insurance Corporation,
as Receiver for IndyMac Bank, F.S.B.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| LEO MANSU, an individual; LISA FIDELDY, an individual; JERRY HARPER, an individual; DENEILLE HONODEL-HARPER, an individual; BARBARA ROSE, an individual; and RICHARD SIEGFRIED, D.C., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM J. KENNEDY aka BILL KENNEDY, individually and d/b/a AMERICAN LEGAL SERVICES, d/b/a THE EAR OF MALCHUS, d/b/a THE LOST SHEEP, THE EAR OF MALCHUS, a Washington corporation; THE LOST SHEEP, a Washington corporation; LYLE E. DAVIES, individually and d/b/a FINANCIAL WELLBEING SOLUTIONS; KENNETH L. REISWIG aka KENNY L. REISWIG, individually and d/b/a THE SILVER TRUMPETS; EFFIE REISWIG, individually and d/b/a THE SILVER TRUMPETS; THE SILVER TRUMPETS, a Washington corporation; RITA I. JOHNSON aka RITA A. JOHNSON, individually and d/b/a HER COPYRIGHT; JUDITH RODERICK, an individual; | Case No. 2:08-cv-02012-WBS-DAD<br><br>Assigned to the Honorable William B. Shubb<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE RE HEARING ON PLAINTIFFS' MOTION TO REMAND**<br><br>Date: November 10, 2008<br>Time: 2:00 p.m<br>Courtroom: 5 |

| | |
|---|---|
| 1 | DANNY V. SESE, individually and d/b/a GENTRY GROUP; GENTRY GROUP; a Texas corporation; JEROME WEBB, an individual; KURT F. JOHNSON, an individual; D. SCOTT HEINEMAN aka DALE SCOTT HEINEMAN, an individual; TONY SCARLOTTA aka TONI SCARLOTTA, an individual; NEW CENTURY MORTGAGE CORPORATION, an unknown business entity; COURTESY AUTOMOTIVE CENTER, an unknown business entity; COURTESY CHEVROLET CADILLAC SUZUKI, an unknown business entity; JOHN GROUP, BEN WELLS aka BENJAMIN WELLS, an individual; JEFF AULT aka JEFFREY AULT, an individual; VICK SINGH, an individual; INTERNATIONAL ASSOCIATION OF CORPORATION SOLE, an unknown entity; PETER KIM, individually and d/b/a SKM DEBT SERVICES; SUSAN W. KIM, individually and d/b/a SKM DEBT SERVICES; RICHARD LALONDE aka RICK LALONDE; JERRY COOK aka JEROME COOK; INDYMAC BANK, a California corporation; DARRYL LEBARTHE, an individual; WB FINANCIAL, a California corporation; JEROME WEBB, an individual; NICHOLE KLAUSNER, an individual; FINANCIAL TITLE COMPANY, a California corporation; and DOES 1-100, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | Defendants. |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  UPON CONSIDERATION of the request of Defendant Federal Deposit Insurance Corporation, as Receiver for IndyMac Bank, F.S.B. ("FDIC as Receiver") to appear telephonically for the Motion to Remand to State Court hearing scheduled for November 10, 2008 at 2:00 p.m. in Courtroom 5 of the above-entitled Court, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the FDIC as Receiver's request is GRANTED.

DATED: November 5, 2008

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

201022215.1

1   [PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE