UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LEO MANSU, an individual; LISA FIDELDY, an individual; JERRY HARPER, an individual; DANEILLE HONODEL-HARPER, an individual; BARBARA ROSE, an individual; and RICHARD SIEGFRIED, D.C., an individual,

    Plaintiffs,

  v.

WILLIAM J. KENNEDY aka BILL KENNEDY, individually and d/b/a AMERICAN LEGAL SERVICES, d/b/a THE EAR OF MALCHUS, d/b/a THE LOST SHEEP; THE EAR OF MALCHUS, a Washington corporation; THE LOST SHEEP, a Washington corporation; LYLE E. DAVIES, individually and d/b/a FINANCIAL WELLBEING SOLUTIONS; KENNETH L. REISWIG aka KENNY L. REISWIG, individually and d/b/a THE SILVER TRUMPETS; THE SILVER TRUMPETS, a Washington corporation; RITA I. JOHNSON aka RITA A. JOHNSON, individually and d/b/a HER COPYRIGHT; JUDITH RODERICK, an individual; DANNY V. SESE, individually and d/b/a GENTRY

NO. CIV. 08-2012 WBS DAD

ORDER

| | |
|---|---|
| 1 | GROUP; GENTRY GROUP, a Texas corporation; JEROME WEBB, an |
| 2 | individual; KURT F. JOHNSON, an individual; D. SCOTT |
| 3 | HEINEMAN aka DALE SCOTT HEINEMAN, an individual; TONY |
| 4 | SCARLOTTA, aka TONI SCARLOTTA, an individual; NEW CENTURY |
| 5 | MORTGAGE CORPORATION, an unknown business entity; |
| 6 | COURTESY AUTOMOTIVE CENTER, an unknown business entity; |
| 7 | COURTESY CHEVROLET CADILLAC SUZUKI, an unknown business |
| 8 | entity; JOHN GROUP; BEN WELLS aka BENJAMIN WELLS, an |
| 9 | individual; JEFF AULT aka JEFFREY AULT, an individual; |
| 10 | VICK SINGH, an individual; INTERNATIONAL ASSOCIATION OF |
| 11 | CORPORATION SOLE, an unknown entity; PETER KIM, |
| 12 | individually and d/b/a SKM DEBT SERVICES; SUSAN W. KIM, |
| 13 | individually and d/b/a SKM DEBT SERVICES; RICHARD LALONDE |
| 14 | aka RICK LALONDE; JERRY COOK aka JEROME COOK; INDYMAC BANK, |
| 15 | a California corporation; DARRYL LEBARTHE, an |
| 16 | individual; WB FINANCIAL, a California corporation; JEROME |
| 17 | WEBB, an individual; NICHOLE KLAUSNER, an individual; |
| 18 | FINANCIAL TITLE COMPANY, a California corporation; and |
| 19 | DOES 1-100, inclusive, |
| 20 | Defendants. |
| 21 | ----ooOoo---- |

Whereas defendants' motion to dismiss is scheduled for oral argument on December 8, 2008; and on December 2, 2008, plaintiffs filed a motion to amend the Complaint dismissing the fourth cause of action,

IT IS HEREBY ORDERED that the hearing on defendants' motion to dismiss is continued to January 5, 2009 at 2:00 p.m.;

2

1         AND IT IS FURTHER ORDERED that any opposition to
2 plaintiffs' motion to amend the Complaint shall be filed no later
3 than December 11, 2008.  Plaintiffs may then file a reply no
4 later than December 17, 2008.  The motion to amend the Complaint
5 will then be taken under submission without oral argument
6 pursuant to Eastern District Local Rule 78-230(h).
7 DATED:  December 4, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE