I.DONALD WEISSMAN (Bar No. 67980)
**WASSERMAN, COMDEN & CASSELMAN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800
Facsimile:  (818) 345-0162

Attorneys for Plaintiffs LEO MANSU;
LISA FIDELDY; JERRY HARPER;
DENEILLE HONODEL-HARPER;
BARBARA ROSE and RICHARD
SIEGFRIED, D.C.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

LEO MANSU, an individual;
LISA FIDELDY, an individual;
JERRY HARPER, an individual;
DENEILLE HONODEL-HARPER, an
individual;
BARBARA ROSE, an individual and
RICHARD SIEGFRIED, D.C., an
individual,

,

          Plaintiff,

    vs.

WILLIAM J. KENNEDY aka BILL
KENNEDY, individually and d/b/a
AMERICAN LEGAL SERVICES,
d/b/a THE EAR OF MALCHUS, d/b/a
THE LOST SHEEP, THE EAR OF
MALCHUS, a Washington corporation;
THE LOST SHEEP, a Washington
Corporation;
LYLE E. DAVIES, individually and
d/b/a FINANCIAL WELLBEING
SOLUTIONS;
KENNETH L. REISWIG aka KENNY
L. REISWIG, individually and d/b/a
THE SILVER TRUMPETS;
EFFIE REISWIG, individually and
d/b/a THE SILVER TRUMPETS; THE
SILVER TRUMPETS, a Washington
corporation;
RITA I. JOHNSON aka RITA A.

CASE NO. 2:08-cv-02012-WBS-DAD

Assigned to the Honorable William B.
Shubb

**[~~PROPOSED~~] ORDER FOR
TELEPHONIC APPEARANCE**

[Removal Filed:  August 26, 2008]

Trial Date:      None

WASSERMAN, COMDEN & CASSELMAN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

883163.1

1  JOHNSON, individually and d/b/a HER
   COPYRIGHT;
2  JUDITH RODERICK, an individual;
   DANNY V. SESE, individually and
3  d/b/a GENTRY GROUP; GENTRY
   GROUP, a Texas Corporation;
4  JEROME WEBB, an individual;
   KURT F. JOHNSON, an individual;
5  D. SCOTT HEINEMAN aka DALE
   SCOTT HEINEMAN, an individual;
6  TONY SCARLOTTA, aka TONI
   SCARLOTTA, an individual;
7  NEW CENTURY MORTGAGE
   CORPORATION, an unknown business
8  entity;
   COURTESY AUTOMOTIVE
9  CENTER, an unknown business entity;
   COURTESY CHEVROLET
10 CADILLAC SUZUKI, an unknown
   business entity;
11 JOHN GROUP, BEN WELLS aka
   BENJAMIN WELLS, an individual;
12 JEFF AULT aka JEFFREY AULT, an
   individual;
13 VICK SINGH, an individual;
   INTERNATIONAL ASSOCIATION
14 OF CORPORATION SOLE, an
   unknown entity;
15 PETER KIM, individually and d/b/a
   SKM DEBT SERVICES;
16 SUSAN W. KIM, individually and d/b/a
   SKM DEBT SERVICES;
17 RICHARD LALONDE aka RICK
   LALONDE;
18 JERRY COOK aka JEROME COOK;
   INDYMAC BANK, a California
19 Corporation;
   DARRYL LEBARTHE, an individual;
20 WB FINANCIAL, a California
   Corporation;
21 JEROME WEBB, an individual;
   NICHOLE KLAUSNER, an individual;
22 FINANCIAL TITLE COMPANY, a
   California Corporation and DOES 1-
23 100, inclusive,

24         Defendant.

25

26         TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:

27

28

WASSERMAN, COMDEN & CASSELMAN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

UPON CONSIDERATION of the request by PLAINTIFFS that its representatives be allowed to participate in the Motion to Dismiss scheduled for January 5, 2009 by telephone, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the request of PLAINTIFFS is granted. The courtroom deputy shall initiate the telephone conference call.

DATED:  December 4, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

WASSERMAN, COMDEN & CASSELMAN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

1
2
3

## CERTIFICATION OF SERVICE

4      I hereby certify that on October 20, 2008, I electronically filed the foregoing
with the Clerk of the Court by using the CM/ECF system.

5
6
7                                                  Respectfully Submitted,

8                                                  s/I.DONALD WEISSMAN
                                                   I.DONALD WEISSMAN
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WASSERMAN, COMDEN & CASSELMAN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

883163.1

4

[PROPOSED] ORDER FOR TELEPHONIC APPEARANCE