Gregory J. Goodwin (Cal. SBN 111557)
LAW OFFICES OF GREGORY J. GOODWIN
P.O. Box 1753
Modesto, California 95353
Telephone: (209) 527-7650
Facsimile: (209) 527-7872

John T. Williams (*admitted pro hac vice*)
Jason H. Nash (*admitted pro hac vice*)
HINKHOUSE WILLIAMS WALSH LLP
180 N. Stetson Ave., Suite 3400
Chicago, Illinois 60606
Telephone: (312) 784-5400
Facsimile: (312) 784-5499

Attorneys for Defendants
COURTESY OLDSMOBILE-CADILLAC, INC.
d/b/a COURTESY AUTOMOTIVE CENTER d/b/a
COURTESY CHEVROLET CADILLAC
(erroneously sued as COURTESY AUTOMOTIVE
CENTER and COURTESTY CHEVROLET
CADILLAC SUZUKI) and BENJAMIN WELLS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO MANSU, et al., | Case No. 2:08-cv-02012-WBS-DAD |
| Plaintiffs, | **ORDER ON DEFENDANTS COURTESY OLDSMOBILE-CADILLAC, INC.'S AND BENJAMIN WELLS' REQUEST FOR TELEPHONIC APPEARANCE** |
| v. | |
| WILLIAM J. KENNEDY, et al., | |
| Defendants. | |
| | Removal Filed: August 26, 2008<br>Trial Date:     None set |

Upon the Request of Defendants COURTESY OLDSMOBILE-CADILLAC, INC. d/b/a COURTESY AUTOMOTIVE CENTER d/b/a COURTESY CHEVROLET CADILLAC ("Courtesy") and BENJAMIN WELLS ("Wells"), that their representatives be allowed to participate in the Motion to Dismiss, scheduled for January 5, 2009, by telephone, the Court being fully advised and good cause having been shown:

1

[PROPOSED] ORDER on Defendants Courtesy Oldsmobile-
Cadillac, Inc.'s and Benjamin Wells' Request for Telephonic
Appearance

Mansu, et al. v. Kennedy, et al.
Case No. 2:08-cv-02012-WBS-DAD

1   IT IS HEREBY ORDERED that the Request of Courtesy and Wells is GRANTED.

2   Date:   December 8, 2008

```
           /s/ William B. Shubb
           WILLIAM B. SHUBB
           UNITED STATES DISTRICT JUDGE
```